JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DAVON J. PAYNE,<br><br>  Petitioner,<br><br>v.<br><br>FRANCISCO QUINTANA,<br><br>  Respondent. | CV 11-01126-JHN (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed without prejudice.

DATED: June 20, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

1